**Whitney Eggleston and Justin Eggleston**
**664 Friesland Drive**
**Hampton, Georgia, 30228**
**July 01, 2024**



**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

**Complaint for Damages, Injunctive Relief, and Declaratory Relief**

**Plaintiff:** Whitney Eggleston and Justin Eggleston

**Defendant:** Freedom Mortgage Corporation

1:24-CV-2936

**Introduction**

Plaintiffs Whitney Eggleston and Justin Eggleston bring this action against Freedom Mortgage Corporation for breach of contract, violations of the Fair Credit Reporting Act (FCRA), the Real Estate Settlement Procedures Act (RESPA), and the Fair Credit Billing Act (FCBA), and seek to address threats of foreclosure.

**Factual Background**

1. Plaintiffs entered into a mortgage agreement with Freedom Mortgage Corporation on November 30, 2023.
2. On April 4, 2024, Plaintiffs disputed an amount of $3,117.64 due to billing errors and lack of proper credit reflection.
3. On May 11, 2024, Plaintiffs escalated the dispute to $6,327.84 due to continued billing errors.
4. On July 1, 2024, Plaintiffs disputed an additional $3,302.76 due to not receiving the billing statement for May that is due in June.
5. On July 1, 2024, Plaintiffs disputed an additional $3,302.76 due to not receiving the billing statement for June that is due in July.
6. Plaintiffs proposed arbitration to resolve the disputes, but Freedom Mortgage did not respond within the specified 10-day timeframe.
7. On May 14, 15, and 16 of 2024, Freedom Mortgage sent notices of past due payments totaling $3,117.64 and reported the account as delinquent to credit bureaus, causing a 47-point drop in Plaintiffs' FICO scores.
8. On June 3, 2024, Freedom Mortgage threatened Plaintiffs with foreclosure despite the ongoing dispute and the previous communications regarding the billing errors and credit issues, if the payment is not cured by July 8, 2024.
9. Freedom Mortgage reported a late payment to Plaintiffs' credit reports on June 13 and 15 of 2024, for the second time, causing a significant drop in Plaintiffs' credit scores.

**Claims for Relief**

**Count I: Breach of Contract** Freedom Mortgage failed to comply with the terms of the mortgage agreement by improperly handling billing disputes, failing to provide necessary documentation, and threatening foreclosure during an active dispute.

**Count II: Violation of the Fair Credit Reporting Act (FCRA)** Freedom Mortgage unlawfully reported negative information to credit bureaus during an active dispute.

**Count III: Violation of the Real Estate Settlement Procedures Act (RESPA)** Freedom Mortgage failed to respond to notices of error within the required timeframe and manner.

**Count IV: Violation of the Fair Credit Billing Act (FCBA)** Freedom Mortgage did not provide billing statements in a "reasonably prompt" manner, leading to financial harm.

**Count V: Declaratory Relief** Plaintiffs seek a declaratory judgment that Freedom Mortgage's actions, including the threat of foreclosure, violate federal and state laws, and the mortgage agreement.

### Damages

Plaintiffs seek the following damages:

- Actual damages totaling $42,327.84, including overcharges, fees, credit repair costs, legal fees, and financial losses due to credit score impacts.
- Statutory damages as provided under the FCRA and RESPA.
- Punitive damages of $400,000 for willful negligence, malicious behavior, and the severe impact of the foreclosure threat.
- Compensation for emotional distress.

### Demand for Jury Trial

Plaintiffs demand a trial by jury.

### Prayer for Relief

Plaintiffs request the following relief:

1. Correction of all erroneous credit reporting.
2. Credit to the consumer account for the balance of the account.
3. Injunctive relief to prevent Freedom Mortgage from proceeding with foreclosure during the ongoing dispute.
4. Declaratory judgment stating that Freedom Mortgage's actions violate federal and state laws, and the mortgage agreement.
5. Award of damages (actual, statutory, punitive).
6. Legal fees and costs.
7. Any other relief the court deems just and proper.

**Whitney Eggleston** *Whitney Eggleston*
**Justin Eggleston** *Justin Eggleston*

**7/01/2024**